**Criminal Case Cover Sheet**                                                    **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number __06-00081__
Same Defendant _____    New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No _X_    Matter to be sealed: _X_ Yes _____ No**

Defendant Name ___Seung Pill Choi___

Alias Name _____

Address _____
_____Tamuning, GU_____

**RECEIVED**
**NOV 1 5 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birthdate _xx/xx/1970_ SS# _____ Sex _M_ Race _A_ Nationality _Korean_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

**Interpreter:** ____ No _X_ Yes    List language and/or dialect: ___Korean___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    ____ Petty ____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(6) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __NOV 1 5 2006__    Signature of AUSA: _____