
≈AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

SEUNG PILL CHOI

## WARRANT FOR ARREST

Case Number: CR-06-00081

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**SEUNG PILL CHOI**____
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

in violation of Title __18__ United States Code, Section(s) __2 & 1028(a)(6)__

| MARILYN B. ALCON | _Marilyn B. Alcon_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/15/2006   Hagatna, Guam |
| Title of Issuing Officer | Date   Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

TAMUNING, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/15/06 | WILLIAM C. KLINE | |
| DATE OF ARREST 8/16/07 | FBI SPECIAL AGENT | |