1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam  96910
   Tel:  (671) 472-7332
5  Fax:  (671) 472-7334

6  Attorneys for the United States of America

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE TERRITORY OF GUAM**

10

11  UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. 06-00081
                                       )
12                    Plaintiff,       )
                                       )
13           vs.                       )     **ORDER TO UNSEAL RECORD**
                                       )
14  SEUNG PILL CHOI,                   )
                                       )
15                    Defendant.       )
    _____)

16

17         Through an application to unseal the record having come before this Honorable Court

18  and the Court finding good cause for the issuance of the order.

19         IT IS SO ORDERED that the record is unsealed this 16th day of August, 2007.

20

21                                          **/s/ Joaquin V.E. Manibusan, Jr.**
22                                            **U.S. Magistrate Judge**

23

24

25

26

27

28