# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-06-00081            DATE: August 16, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present            Court Recorder: Virginia T. Kilgore

Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 4:13:08 - 4:22:46

CSO: J. McDonald

---

**APPEARANCES:**

Defendant: Seung Pill Choi            Attorney: G. Patrick Civille

    Present     Custody     Bond     P.R.            Present     Retained     FPD     CJA

U.S. Attorney: Karon Johnson            U.S. Agent: Bill Kline, FBI

U.S. Probation: Maria Cruz            U.S. Marshal: T. Muna / V. Roman

Interpreter: Sung Woo Yoon            Language: Korean

---

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: G. Patrick Civille appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: October 16, 2007 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: