DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **06-00081** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **SEUNG PILL CHOI,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case.

Dated this 16th day of August, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**