| | | | |
|---|---|---|---|
| **1. CIR./DIST./DIV. CODE**<br>GUX | **2. PERSON REPRESENTED**<br>CHOI, SEUNG PILL | | **VOUCHER NUMBER** |
| **3. MAG. DKT./DEF. NUMBER** | **4. DIST. DKT./DEF. NUMBER**<br>1:06-000081-001 | **5. APPEALS DKT./DEF. NUMBER** | **6. OTHER DKT. NUMBER** |
| **7. IN CASE/MATTER OF** (Case Name)<br>U.S. v. CHOI | **8. PAYMENT CATEGORY**<br>Felony | **9. TYPE PERSON REPRESENTED**<br>Adult Defendant | **10. REPRESENTATION TYPE**<br>(See Instructions)<br>Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section). If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1028A.F -- FRAUD WITH IDENTIFICATION DOCUMENTS

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
- Authorization to obtain the service. Estimated Compensation: $ _____ OR
- Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $500)

Signature of Attorney _____ Date _____

☐ Panel Attorney ☐ Retained Atty ☐ Pro-Se ☐ Legal Organization

Attorney's name (First name, Middle initial, Last name, including suffix) and mailing address.

Telephone Number: _____

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

**14. TYPE OF SERVICE PROVIDER**
- 01   Investigator
- 02 X Interpreter/Translator
- 03   Psychologist
- 04   Psychiatrist
- 05   Polygraph Examiner
- 06   Documents Examiner
- 07   Fingerprint Analyst
- 08   Accountant
- 09   CALR (Westlaw/Lexis,etc)
- 10   Chemist/Toxicologist
- 11   Ballistics Expert
- 13   Weapons/Firearms/Explosive Expert
- 14   Pathologist/Medical Examiner
- 15   Other Medical Expert
- 16   Voice/Audio Analyst
- 17   Hair/Fiber Expert
- 18   Computer (Hardware/Software/Systems)
- 19   Paralegal Services
- 20   Legal Analyst/Consultant
- 21   Jury Consultant
- 22   Mitigation Specialist
- 23   Duplication Services (See Instructions)
- 24   Other (specify) _____

**15. Court Order**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____  Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

| **16.** | **SERVICES AND EXPENSES**<br>(Attach itemization of services and expenses with dates) | **AMOUNT CLAIMED** | **MATH/TECHNICAL ADJUSTED AMOUNT** | **ADDITIONAL REVIEW** |
|---|---|---|---|---|
| a. | Compensation | | | |
| b. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. | Other Expenses | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) and MAILING ADDRESS

TIN: _____
Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____
**CLAIM STATUS**  ☐ Final  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____ Date: _____

**18. CERTIFICATION OF ATTORNEY:** I hereby certify that the services were rendered for this case.

Signature of Attorney: _____ Date: _____

| **19. TOTAL COMPENSATION** | **20. TRAVEL EXPENSES** | **21. OTHER EXPENSES** | **22. TOT. AMT APPROVED/CERTIFIED** |
|---|---|---|---|

**23.** ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code _____

| **24. TOTAL COMPENSATION** | **25. TRAVEL EXPENSES** | **26. OTHER EXPENSES** | **27. TOTAL AMOUNT APPROVED** |
|---|---|---|---|

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)**

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____