Seungchoisel

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM

AUG 30 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO.06-00081 |
|---|---|
| Plaintiff. | ) |
| vs. | ) APPLICATION TO SEAL UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION |
| SEUNG PILL CHOI, | ) |
| Defendant. | ) |

The United States moves this Honorable Court for an order sealing the United States' Application to Disclose Certain Tax Information in the above-entitle case for the reason that tax information contains such information that should not be made available for public scrutiny.

Respectfully submitted this 30th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney