# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00081-001            DATE: September 17, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 10:08:28 - 10:30:29 |
| CSO: N. Edrosa | |

**APPEARANCES:**

Defendant: Seung Pill Choi      Attorney: G. Patrick Civille
    Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA

U.S. Attorney: Marivic P. David      U.S. Agent: Bill Kline F.B.I.
U.S. Probation: Maria Cruz      U.S. Marshal: G. Perez
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Change of Plea**

- Defendant orally waived trial, judgment, and sentencing by the District Judge and consented to disposition before the Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Pen ink change made to the plea agreement.
- Status Hearing set for: November 16, 2007 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: