ORIGINAL

/THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Seung Pill Choi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-00081 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| SEUNG PILL CHOI, | ) | **AS CO-COUNSEL** |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

**COMES NOW**, Mark S. Smith, Esq. and appears as co-counsel for Defendant in the above-captioned action. This appearance is limited for purposes of Defendant's bail motion.

Dated this 24th day of September, 2007.

Respectfully submitted,

By: 
MARK S. SMITH, ESQ.
Attorney for Defendant, *Seung Pill Choi*

Wen.Yueh.Lu
Notice.of.Appearance
Page 1 of 1

FILED
DISTRICT COURT OF GUAM
SEP 2 4 2007
JEANNE G. QUINATA
Clerk of Court