| | |
|---|---|
| 1<br>2<br>3<br>4 | THE LAW OFFICES OF MARK S. SMITH<br>456 West O'Brien Dr., Suite 102-D<br>Hagatna, Guam 96910<br>Telephone : (671) 477-6631/32<br>Facsimile: (671) 477-8831 |





Attorney for Defendant,
***Seung Pill Choi***

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-00081 |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF MARK SMITH** |
| | ) | **IN SUPPORT OF EX PARTE MOTION** |
| v. | ) | **FOR MODIFICATION OF BAIL AND/OR** |
| | ) | **SETTING CONDITIONS FOR** |
| SEUNG PILL CHOI, | ) | **PRE-TRIAL RELEASE** |
| | ) | |
| Defendant. | ) | |

I, Mark S. Smith, state as follows:

1. I am an attorney licensed to practice law in the United States Federal District Court of Guam and in good standing with the Guam Bar Association. I am the co-counsel for the Defendant, Seung Pill Choi and make a limited appearance for this bail motion.

2. My client was charged by Indictment with one count of fraud in connection with identification documents in violation of Title 18 U.S.C. §2 and 1028(a)(6) and on August 31, 2007, executed a Plea Agreement wherein he pled guilty to these charges.

CM/Choi
Dec.of.Mark.Smith.mod.bail

Page 1 of 2

Declaration of Mark S. Smith in Support of Ex Parte Motion  Criminal Case No. 06-00081
for Modification of Bail and/or setting conditions for Pre-Trial Release
United States of America v. Seung Pill Choi

3.  Since August 31, 2007, my client has been and remains incarcerated at the Department of Corrections. Defense counsel has diligently pursued a third-party custodian for purposes of Defendant's release.

4.  Defendant's counsel has located a qualified third-party custodian and believes Chin Eui No satisfies all conditions necessary for approval. He resides in Guam and will house Defendant and monitor his actions.

5.  Furthermore, upon information and belief, Chin Eui No has been interviewed by the U.S. Probation Office and his home inspected. It is believed he has met with approval from the U.S. Probation Office. If the court desires, it can further question the third-party custodian as well as the Defendant at said court hearing.

6.  I declare under penalty of perjury of the laws of the United States of America that the foregoing statement is true and accurate to the best of my knowledge.

Dated this 24th day of September, 2007.

Respectfully submitted,

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant,
*Seung Pill Choi*

CM/Choi
Dec.of.Mark.Smith.mod.bail
Page 2 of 2
Case 1:06-cr-00081  Document 20  Filed 09/24/2007  Page 2 of 2