IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00081 |
| Plaintiff. | ) | |
| vs. | ) | |
| SEUNG PILL CHOI, | ) | **ORDER** |
| Defendant. | ) | |

On August 16, 2007, the Defendant appeared before the Court for an initial appearance and arraignment. Based on the information contained in the Defendant's financial affidavit, the Court appointed G. Patrick Civille as counsel of record for the Defendant. See Appointment Order (Docket No. 8). The Defendant was thereafter remanded to the custody of the United States Marshal Service because the Court found him to be a flight risk based on his lack of ties to the community. See Detention Order (Docket No. 10).

Subsequently, the Defendant entered into a plea agreement with the government and pled guilty to the offense of Fraud in Connection with Identification Documents. He currently awaits a yet unscheduled sentencing date.

On September 24, 2007, attorney Mark S. Smith filed a Notice of Appearance as Co-Counsel (Docket No. 18) stating that he was making a limited appearance for purposes of filing a bail motion. Mr. Smith contemporaneously filed a Memorandum of Points and Authorities for Modification of Bail and/or Setting Conditions for Release (Docket No. 19) which requested the Court to release the Defendant to a third party custodian.

Unfortunately, the Court must deny the request for release at this time based on

1 procedural defects pursuant to Rule GR 19.1, Local Rules of Practice for the District Court of
2 Guam. The motion may be re-filed at a later date after conformance with the said rule.
3     IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 26, 2007**