LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00081 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**Vacating Status Hearing and**<br>**Setting Sentencing Date** |
| SEUNG PILL CHOI, | |
| Defendant. | |

Upon the Stipulation by the parties,

**IT IS SO ORDERED** that the status hearing currently scheduled for November 16, 2007, is hereby vacated and a sentencing hearing shall be scheduled for February 12, 2008, at 8:30 a.m. The presentence report shall be provided to the parties no later than January 8, 2008. The parties shall file their responses to the presentence report and sentencing positions no later than January 22, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 5, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 15, 2007