CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Seung Pill Choi*



FILED
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00081 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S RESPONSE TO |
| ) | PRESENTENCE REPORT |
| SEUNG PILL CHOI, ) | |
| ) | |
| Defendant. ) | |

### I. ACCEPTANCE OF REPORT.

Defendant accepts the findings in the Presentence Report ("PSR"), and the recommendation of the Probation Officer regarding the sentence to be imposed.

### II. RECOMMENDED SENTENCE.

Mr. Choi has accepted responsibility for his crime and has cooperated with authorities. At the time of sentencing he will have been incarcerated for four days shy of six months, which is the maximum sentence recommended by the sentencing guidelines. Upon being sentenced, Mr. Choi will be continued to be detained while the immigration authorities seek his removal from the United States.

Mr. Choi requests that he be sentenced to time served which will permit the immigration authorities to proceed with his removal to Korea.

Respectfully submitted this 8th day of February, 2008.

**CIVILLE & TANG, PLLC**

By: *[signature]*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Seung Pill Choi*