**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00081            DATE: February 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 1:40:36 - 1:54:01
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Seung Pill Choi      Attorney: G. Patrick Civille
☑Present ☑Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson      U.S. Agent: Ken Klocke, FBI
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan\V. Roman
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- No objections by the Government and Defense.
- Attorney for defendant addressed the Court and made its recommendation.
- Defendant addressed the Court and apologized.
- Government addressed the Court and made its recommendation.
- Defendant committed to the Bureau of Prisons for a term of <u>time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service to be turned over to Immigration and Customs Enforcement for deportation.

NOTES: